%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Thomas Martin and Nancy Martin

## DEFENDANTS
Air Jamaica, Ltd.

(b) County of Residence of First Listed Plaintiff: **Philadelphia**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Philadelphia**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known):
Lisa C. Eldridge, Thorp Reed & Armstrong, 2005 Market Street, Philadelphia, PA 19103

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 12,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE
DOCKET NUMBER

DATE: 4/5/11
SIGNATURE OF ATTORNEY OF RECORD: Lisa C. Eldridge/cdl

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __3315 W. Queen Lane, Philadelphia, PA 19129__

Address of Defendant: __1 Phila. International Airport, #AW20, Philadelphia, PA 19153__

Place of Accident, Incident or Transaction: __Philadelphia International Airport, Phila. PA__
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐  No☒

Does this case involve multidistrict litigation possibilities?   Yes☐  No☒

RELATED CASE, IF ANY:
Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☒
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☒
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☒
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases   __28 USC 1330 and 1441__
    (Please specify)

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
(*Check Appropriate Category*)

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____     _____     _____
                         Attorney-at-Law                     Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __4-5-11__     *Lisa C Eldridge/cdl*     __62794__
                     Attorney-at-Law           Attorney I.D.#

CIV. 609 (6/08)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------ x
THOMAS MARTIN and NANCY MARTIN,  :
: Civil Action No.
                Plaintiffs,  :
:
  - against -  :
:
AIR JAMAICA, LTD.,  :
:
                Defendant.  :
:
:
:
------------------------------------ x

## NOTICE OF REMOVAL

Defendant AIR JAMAICA LIMITED (sued herein as "AIR JAMAICA, LTD." and hereinafter "AIR JAMAICA") by and through its attorneys, Thorp Reed & Armstrong, LLP and Condon & Forsyth LLP, hereby removes this action to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1330, and 1441. In support of this removal, AIR JAMAICA avers as follows:

1. This action was commenced against defendant AIR JAMAICA by the filing of a Statement of Claim in the Philadelphia Municipal Court, First Judicial District of Pennsylvania on or about February 25, 2011. Service of the Statement of Claim was effected on AIR JAMAICA on or about March 7, 2011. A copy of the Statement of Claim is attached as Exhibit "A." No further proceedings have been had in this action.

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1330(a) because defendant AIR JAMAICA is a "foreign state."

{P0116005}

3. This action is brought against a "foreign state" as that term is defined in 28 U.S.C. 1603(a) because:

    (a) Defendant AIR JAMAICA was, at the time this action was commenced, and now is a corporation duly organized and existing under and by virtue of the laws of the Republic of Trinidad and Tobago with its principal place of business in Kingston, Jamaica;

    (b) All of its capital shares are owned by a foreign state, namely the Republic of Trinidad and Tobago and Jamaica; and

    (c) Defendant AIR JAMAICA is not a citizen of a State of the United States as defined in 28 U.S.C. § 1332 (c) and (d).

4. Defendant AIR JAMAICA is therefore entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(d).

WHEREFORE, defendant AIR JAMAICA LIMITED prays that this action now pending in the Philadelphia Municipal Court, First Judicial District of Pennsylvania, be removed to this Court.

Dated: April 5, 2011

THORP REED & ARMSTRONG, LLP

By *Lisa C. Eldridge /cdl*
Lisa Carney Eldridge, Esq.
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103
(215) 640-8514

and

OF COUNSEL:

CONDON & FORSYTH LLP
By: John Maggio, Esq.
Times Square Tower
7 Times Square
New York, New York 10036
(212) 490-9100

Attorneys for Defendant
AIR JAMAICA LIMITED

{P0116005}

# EXHIBIT A



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
34 South 11th Street, Philadelphia, PA 19107

Marsha H. Neifield, President Judge   Patricia R. McDermott, Deputy Court Administrator

## STATEMENT OF CLAIM
# SC-11-02-25-6407

Code: Other (12)

Thomas Martin
3315 W. Queen Ln
Philadelphia, PA 19129

Nancy Martin
3315 W. Queen Ln
Philadelphia, PA 19129

Air Jamaica, Ltd.
1 Philadelphia International
Philadelphia, PA 19153

**RECEIVED**
**MAR 07 2011**
**AIR JAMAICA**
**PHILA. INTL. AIRPORT**

Plaintiff(s)                                                                Defendant(s)

Service Address (information) if other than above:

To the Defendant: Plaintiff is seeking a money judgment against the Defendant(s) based on the following claim:
Plaintiffs paid defendant $1776 for two roundtrip airfares from Philadelphia to Montego Bay Jamaica leaving February 18 and returning February 21, 2011. Upon arrival at the airport on Feb. 18, plaintiffs learned that defendant had oversold the available seats and no seats were available for plaintiffs. Defendant offered no alternative method of travel and refused to refund plaintiffs airfare. Plaintiffs lost in addition to the airfare, nonrefundable hotel deposit in the amount of $380, and loss of enjoyment of their vacation valued in excess of $10,000. Plaintiffs will accept for purposes of this Municipal Court proceeding only the court's maximum jurisdictional amount of $12,000.

### Summons to the Defendant
You are hereby ordered to appear at a hearing scheduled as follows:

### Citation al Demandado
Por la presente, Usted esta dirigido a presentarse a la siguiente:

34 South 11th Street
Philadelphia, PA 19107
Hearing Room: 4F

April 12th, 2011
02:15 PM

### Amount Claimed
| | |
|---|---|
| Principal | $ 12000.00 |
| Interest | $ 0.00 |
| Attorney Fees | $ 0.00 |
| Other Fees | $ 0.00 |
| Subtotal | $ 12000.00 |
| Service | $ 27.00 |
| State Fee | $ 10.00 |
| Automation Fee | $ 5.00 |
| Convenience Fee | $ 5.00 |
| JCS St. Add. Surcharge | $ 11.25 |
| JCS St. Add. Fee | $ 2.75 |
| Court Costs | $ 44.00 |
| **TOTAL CLAIMED** | $ 12105.00 |

Date Filed: 02/25/2011

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff in the statement of claim action. I hereby verify that I am authorized to make this verification, that I have sufficient knowledge, information and belief to take the verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

THOMAS MARTIN

Signature Plaintiff/Attorney
Atty ID #: 026910

Address & Phone: 1845 WALNUT STREET, 25TH FLOOR
PHILADELPHIA, PA 19103
215.567.8500

NOTICE TO THE DEFENDANT. YOU HAVE BEEN SUED IN COURT. PLEASE SEE ATTACHED NOTICES

AVISO AL DEMANDADO: QUE HAN DEMANDADO EN CORTE. VEA POR FAVOR LOS AVISOS ASOCIADOS.

If you wish to resolve this matter without appearing in court, please contact the attorney shown above immediately.

**PHILADELPHIA MUNICIPAL COURT**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
34 South 11th Street, Philadelphia, PA 19107
Marsha H. Neifield, President Judge    Patricia R. McDermott, Deputy Court Administrator

\# SC-11-02-25-6407

| Plaintiff | Defendant(s) |
|---|---|
| Thomas Martin<br>3315 W. Queen Ln<br>Philadelphia, PA 19129<br><br>Nancy Martin<br>3315 W. Queen Ln<br>Philadelphia, PA 19129 | Air Jamaica, Ltd.<br>1 Philadelphia International Airport<br>#AW20<br>Philadelphia, PA 19153 |

## IMPORTANT NOTICE TO ALL PARTIES



THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY, AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN A MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE COURT, PLEASE CALL 215-686-7986. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST (3) THREE BUSINESS DAYS BEFORE ANY HEARING, OR WITHIN (3) THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF THE HEARING, WHICHEVER IS LATER.

## NOTA IMPORTANTE PARA TODO PERSONAS



LA CORTE MUNICIPAL CUMPLE CON EL DECRETO DE AMERICANO INCAPACITADOS (AMERICANS WITH DISABILITIES ACT). ESTE DECRETO REQUIRE QUE TODOS LOS SERVICIOS Y FACILIDADES DE CORTE SEAN ACCESIBLE A PERSONAS INCAPACITADAS, AL IGUAL QUE PERSONAS NO INCAPACITADAS. SI USTED ESTE INCAPACITADO Y NECESITA ACOMODACIONES RAZONABLES, PARA PODER RADICAR UNA DEMANDA, PARTICIPAR EN ALGUN PROCEDIMIENTO O UTILIZAR SERVICIOS EN LA CORTE MUNICIPAL POR FAVOR LLAME AL TELEFONE 215-686-7986. PARA SOLICITAR ACOMODACIONES RAZONABLES, DEBE LAMAR POR LO MENOS TRES DIAS DE TRABJO ANTES DE SU AUDIENCIA O DENTRO DE TRES DIAS DESPUES DE RECIBIR SU CITA, SEGUN O QUE OCURRA PRIMERO.



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
34 South 11th Street, Philadelphia, PA 19107
Marsha H. Neifield, President Judge  Patricia R. McDermott, Deputy Court Administrator

Court Room  AF  at  01:15 PM  on  04/12/2011

\# SC-11-02-25-6407

| Plaintiff | Defendant(s) |
|---|---|
| Thomas Martin<br>3515 W. Queen Ln<br>Philadelphia, PA 19129<br><br>Nancy Martin<br>3515 W. Queen Ln<br>Philadelphia, PA 19129 | Air Jamaica, Ltd<br>1 Philadelphia International Airport #AKPH<br>Philadelphia, PA 19153 |

Defendant #: 1387577

## NOTICE TO DEFEND

You have been sued by the above named Plaintiff(s) in Philadelphia Municipal Court.

If you intend to enter a defense to this Complaint you must:

1. Sign the notice where indicated below, and
2. Return in the self-addressed and stamped envelope provided.

If you fail to return this notice, and you appear in Court at the time and date specified in this Notice, your case may be given a new hearing date.

If you fail to appear in Court for your hearing, a judgment will be entered against you by default.

On _____ I, the undersigned Defendant, will appear at the hearing in the above to defend my case.

I, the undersigned Defendant, hereby verify that I am authorized to make this verification and that the facts set forth above are true and correct to the best of my knowledge, information, and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities.

_____  _____
Signature of Defendant    Telephone Number

*Return in the self-addressed and stamped envelope provided*



10003-1237110-10-cp



## PHILADELPHIA MUNICIPAL COURT
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

### WHAT TO DO IF YOU RECEIVE A NOTICE (STATEMENT OF CLAIM) THAT YOU ARE BEING SUED IN SMALL CLAIMS COURT

1. Read and understand the Statement of Claim. You are the Defendant, the person, group or corporation suing you is the Plaintiff. If after reading the Statement of Claim you feel you are in the right, then:

2. Gather all pertinent documents to present your defense, that is, letters, cancelled checks, bills of sale, letters of notification, account books and paid bill receipts. Also notify any witnesses you want to speak on your behalf at the hearing.

3. You as an individual are not required to have an attorney represent you. Only corporations and unincorporated associations in cases in excess of $2,500.00 must be represented by an attorney. In cases of $2,500.00 or less, a corporation or unincorporated association may be represented by an officer who has documentation of such status.

4. PLAN TO ATTEND THE HEARING to present your defense and any counterclaims (that is, your claim against the plaintiff to offset his/her claim against you). If you have a counterclaim, call 215-686-7987 for further information. In most cases, if the defendant does not appear, the Judge will decide in favor of the person who is suing. That is called a Default Judgment. (Check the Statement of Claim for location, date, and time for the hearing).

5. Notice to Defend – If your copy of the complaint has a Notice to Defend form attached to it, and you plan to attend the hearing and present your defense, you should do the following: (1) fill out both copies of the form and put one in the attached self-addressed and stamped envelope and mail it; and (2) bring the other copy with you when you attend the hearing. If you fail to do the above and attend your hearing, your case may be continued. If you comply with the above and the plaintiff fails to appear at the hearing, a judgment shall be entered in your favor.

6. If you admit the claim and want to settle as soon as possible, notify the plaintiff immediately. If you admit the claim but need time to pay the money owed, you must appear in person on the day set for the hearing, state to the Court that you need time to pay, and your reasons.

IF THERE IS ANYTHING ON THE STATEMENT OF CLAIM THAT YOU DO NOT UNDERSTAND, FEEL FREE TO NOTIFY THE SMALL CLAIMS COURT OFFICE, ROOM 500, 34 SOUTH 11TH STREET, PHILADELPHIA, PA 19107, 9:00 A.M. TO 5:00 P.M. MONDAY THROUGH FRIDAY. If you have a disability and require assistance in order to participate in a Municipal Court proceeding, please contact us at 215-686-7986.

### AT THE HEARING

The courtroom procedure is simple and informal. You should appear in Court in the designated room on the time and date specified. Bring the copy of the complaint with you plus all documents for your defense. Be certain to check carefully the courtroom to which your case is assigned and go to the proper room. The proceedings begin with a roll call of cases to be heard during that session.

As each case is called, the parties involved step forward and are sworn in. At this point, plaintiff and defendant merely tell their stories in plain language to the Judge. After hearing both sides, the Judge will make a decision.

When you state your case:
Give the facts clearly. Present pertinent documents and witnesses. Stay calm; do not get excited.

IF YOU WIN (the judgment or final order is in your favor), the plaintiff has 30 days to appeal.

IF YOU LOSE
1. You can appeal within 30 days by filing a Notice of Appeal in Room 280 City Hall, a copy of which must be filed immediately in Room 540, 34 S. 11th Street, Philadelphia, PA 19107. Be prepared to get a lawyer at this point, however, because the case will go to the Court of Common Pleas with more stringent rules to be followed. OR  2. You must satisfy the judgment, that is, do as the judge ordered within 30 days.

### AFTER THE HEARING

TO SATISFY THE JUDGMENT
1. The Plaintiff must sign and give you an ORDER TO SATISFY, which you must file with the Prothonotary within sixty days after the payment. The ORDER is a document to prove that his/she has been paid and it is necessary to remove the judgment from the record. You should retain a copy for your records.

IF YOU DO NOT APPEAL AND REFUSE TO PAY THE JUDGMENT WITHIN 30 DAYS
1. The plaintiff may execute on the judgment. This means that the plaintiff takes action through the Sheriff's Office. The Sheriff may put a levy on your property, which means he can list your personal belongings to be sold at auction at a Sheriff's Sale in order to pay off the judgment. If the plaintiff resorts to this, you will have to pay the Sheriff's costs along with the other monies owed. You will be advised that your goods may be sold if you do not satisfy plaintiff within 15 days.
2. The plaintiff can also try to collect from your bank account.

**********
### REMEMBER

- Read and understand the STATEMENT OF CLAIM.
- You do not need a lawyer in Municipal Court – unless you are a Corporation or Unincorporated Association, and your case is for more than $2,500.00.
- ATTEND THE HEARING to avoid a default judgment – and to tell your side of the story.
- If you lose, you can appeal to the Court of Common Pleas within 30 days.
- Small Claims Court begins promptly at the time specified on the front of this complaint. Be certain to allow yourself sufficient time to arrive in Court on time.
- If you have any questions, call or visit the Small Claims Court Office.

Small Claims Court
A Division of Municipal Court
Room 500, 34 South 11th Street
Philadelphia, PA 19107
Monday through Friday
(215) 686-7987   (215) 686-7988



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
34 South 11th Street, Philadelphia, PA. 19107

Marsha H. Neifield, President Judge        Patricia B. McDermott, Deputy Court Administrator

SC-11-02-25-6407

### General Affidavit for Municipal Court Rule #109

I, **THOMAS MARTIN**, depose and say that the facts set forth in this affidavit are true and correct and acknowledge that I am subject to penalties of 18 P.S. §4904 relating to Unsworn Falsification to Authorities.

- [X] I affirm that the name of the Defendant **Air Jamaica, Ltd.** is the only one known. I have made a reasonable investigation and this is the only known name.

- [ ] An invoice or statement of account is not available for the reason that

- [X] The contract or writing upon which this claim is based is not available because: The transaction was completed electronically and no paper contract exists.

- [ ] and a statement of the pertinent portions or substance of the writing is attached.
  This claim involved repairs and I do not have an estimate to repair or a repair bill and I have stated the reasons for this in the complaint.

- [ ] A copy of the lease is not available for the reason that

- [ ] The license is not attached.

- [ ] A copy of the notice to quit is not available for the reason that

The particulars of the notice are as follows:

Date the notice was sent to Tenant

Date Tenant was given to move by was

How was the notice served on the Tenant

Reason given to the Tenant in the notice (what was the breach of the lease, etc.)

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this affidavit action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to make this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative from or a completed power of attorney form.

**THOMAS MARTIN**
_Signature_



The Municipal Court complies with the Americans with Disabilities Act, which requires that all Court services and facilities be accessible to persons with disabilities on an equal basis to those without disabilities. If you have a disability and require reasonable accommodations to file a claim, participate in Municipal Court proceedings, or use any services provided by the Court, please call 215-686-7988. Requests for reasonable accommodations must be made at least three business days before any hearing, or within three business days after service (delivery) of the Notice of Hearing, whichever is later.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served upon the following by facsimile on April 5, 2011:

>Clerk, Philadelphia Municipal Court
>First Judicial District of Pennsylvania
>34 South 11th Street
>Philadelphia, PA 19107
>#SC-11-02-6407

I further certify that a true and correct copy of the foregoing Notice of Removal was served upon the following by hand delivery on April 5, 2011:

>Thomas Martin, Esquire
>1845 Walnut Street
>25th Floor
>Philadelphia, PA 19103

*Lisa C. Eldridge /cdl*
Lisa Carney Eldridge

{P0116005}